**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**KATINA RENISE TOWNSEND**                                                             **PLAINTIFF**

**v.**                                                                **CIVIL ACTION NO. 1:17-CV-189-RP**

**NANCY BERRYHILL,**
**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

## ORDER GRANTING MOTION TO REMAND

      Plaintiff Katina Renise Townsend filed suit seeking judicial review of the unfavorable decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits and supplemental security income benefits. The Commissioner moved to remand under sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), stating that the vocational evidence of record does not correspond to the RFC work setting limitations that the ALJ assessed, and therefore, the decision's step five finding is not supported. Docket 15. The title of Defendant's "Unopposed Motion to Remand" indicates that Plaintiff does not object to the relief sought. Docket 14. Because both parties have consented to have a magistrate judge conduct all the proceedings in this case as provided in 28 U.S.C. § 636(c), the undersigned has the authority to issue this opinion. Docket 10.

      The Commissioner's Motion to Remand acknowledges that this case should be remanded for a new administrative decision, including a new administrative hearing at which Plaintiff might "testify, submit additional evidence, and make arguments" should that be necessary. Docket 15. After reviewing the motion and record, the Court concludes that remand is proper. The Commissioner's Unopposed Motion to Remand is therefore **GRANTED** and this case is closed.

**SO ORDERED,** this the 3rd day of April, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE